IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
MAY 12 2022
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22-CR- 127 |
| CHRISTIAN ROBINSON | § § | Judge Mazzant |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Convicted Felon)

On or about April 8, 2022, in the Eastern District of Texas, **Christian Robinson**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, firearms, to wit, Springfield Armory, Saint, multi caliber pistol bearing serial number ST111856, Smith & Wesson M&P Shield, .40 caliber pistol bearing serial number JET2735, Springfield Armory XD9, 9mm caliber pistol bearing serial number BA150104, and Taurus Model 85, .38 caliber revolver bearing serial number JS93722, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. § 922(g)(1).

Indictment/Notice of Penalty – Page 1

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

Any and all such proceeds and/or instrumentalities are subject to forfeiture by the government

A TRUE BILL

_____SA_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____        Date 5/12/22
ERNEST GONZALEZ
Assistant United States Attorney

Indictment/Notice of Penalty – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:22-CR- |
| | § Judge |
| CHRISTIAN ROBINSON | § |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 922(g)(1)

Penalty:  Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00; and supervised release of at least two (2) years but not more than five (5) years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of at least two (2) years but not more than five (5) years.

Special Assessment: $100.00