**ORIGINAL**

FILED
AUG 2 2 2024
Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22CR127 |
| | § | Judge Schell |
| CHRISTIAN ROBINSON | § | |

**FACTUAL BASIS**

The defendant, **Christian Robinson**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **Christian Robinson**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That on or about April 8, 2022, the defendant knowingly and unlawfully possessed in and affecting interstate commerce the following firearms: Springfield Armory, Saint, multi caliber pistol bearing serial number ST111856, Smith & Wesson, M&P Shield, .40 caliber pistol bearing serial number JET2735, Springfield Armory, XD9, 9mm caliber pistol bearing serial number BA150104, and Taurus. Model 85, .38 caliber revolver bearing serial number JS93722.

4. That the defendant possessed the firearms noted in paragraph 3 after having been previously convicted of a felony. The defendant knew possessing the firearms was prohibited by law because he is a convicted felon.

5. The firearm described above fall within the definition of "firearm" as found in 18 U.S.C. § 921(a)(3)(A).

6. The firearm described above was not manufactured in the State of Texas and had traveled in interstate commerce.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § 922(g)(1).

Dated: 8/16/24

*Christian Robinson*
CHRISTIAN ROBINSON
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with my client, **Christian Robinson**. Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated: 8-16-24

JOHN HUNTER SMITH
Attorney for Defendant